UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV16-4628 PSG √<br>CR08-1167 PSG | Date | June 29, 2016 |
|---|---|---|---|
| Title | *Walter Kincaid v. United States of America* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  Order re: Briefing Schedule

Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 was filed on June 24, 2016.  Opposition shall be filed by **July 25, 2016**.  Reply, if any, shall be filed by **August 24, 2016**.

IT IS SO ORDERED.