```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)      E-FILED: 07/19/2016
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail:    mark.childs@usdoj.gov

Attorneys for Plaintiff-Respondent
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 08-1167-PSG |
| --- | --- |
| Plaintiff-Respondent, | CV 16-4628-PSG |
| v. | [PROPOSED] ORDER FOR A CONTINUANCE OF THE BRIEFING SCHEDULE RELATED TO DEFENDANT-PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 |
| WALTER KINCAID, | |
| Defendant-Petitioner. | |

The government's unopposed <u>ex parte</u> application, which the Court adopts, establishes good cause for continuing the briefing schedule for defendant-petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

Thus, IT IS ORDERED that the following briefing schedule for defendant-petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 will apply:

Government's opposition will be due on August 26, 2016 and

///

///

///

Petitioner's reply will be due on September 26, 2016. IT IS SO ORDERED.

| 07/19/16 | PHILIP S. GUTIERREZ |
|---|---|
| DATE | HONORABLE PHILIP S. GUTIERREZ |
|  | UNITED STATES DISTRICT JUDGE |

Presented by:

/s/
J. MARK CHILDS
Assistant United States Attorney