

1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   J. MARK CHILDS (Cal. Bar No. 162684)
4  Assistant United States Attorney
   OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2433
7       Facsimile: (213) 894-0142
        E-mail:    mark.childs@usdoj.gov
8
   Attorneys for Plaintiff-Respondent
9  UNITED STATES OF AMERICA

10                UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,           No. CR 08-1167-PSG
                                           CV 16-4628-PSG
13          Plaintiff-Respondent,
                                       [PROPOSED] ORDER FOR A CONTINUANCE
14               v.                    OF THE BRIEFING SCHEDULE RELATED
                                       TO DEFENDANT-PETITIONER'S MOTION
15 WALTER KINCAID,                     TO VACATE, SET ASIDE, OR CORRECT
                                       SENTENCE UNDER 28 U.S.C. § 2255
16          Defendant-Petitioner.

17

18      The government's unopposed ex parte application, which the Court

19 adopts, establishes good cause for continuing the briefing schedule

20 for defendant-petitioner's motion to vacate, set aside, or correct

21 sentence under 28 U.S.C. § 2255.

22      Thus, IT IS ORDERED that the following briefing schedule for

23 defendant-petitioner's motion to vacate, set aside, or correct

24 sentence under 28 U.S.C. § 2255 will apply:

25      Government's opposition will be due on September 2, 2016 and

26 ///

27 ///

28 ///

Petitioner's reply will be due on October 3, 2016. IT IS SO ORDERED.

___8/25/16___
DATE

___[signature]___
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

___/s/___
J. MARK CHILDS
Assistant United States Attorney