EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail:    Mark.Childs@usdoj.gov

Attorneys for Plaintiff-Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 08-1167-PSG |
|---|---|
| Plaintiff-Respondent, | CV 16-4628-PSG |
| v. | [PROPOSED] ORDER STAYING PROCEEDINGS RELATED TO DEFENDANT-PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 PENDING THE SUPREME COURT'S RESOLUTION OF *BECKLES v. UNITED STATES*, NO. 15-8544 |
| WALTER KINCAID, | |
| Defendant-Petitioner. | |

The government's ex parte application, which the Court adopts, establishes good cause for staying proceedings related to defendant-petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 pending the Supreme Court's resolution of Beckles v. United States, No. 15-8544, --- S. Ct. ---, 2016 WL 1029080 (June 27, 2016) (order granting certiorari).

Accordingly, proceedings related to defendant-petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 are stayed.  The parties are directed to submit a status

1  report to the Court within 14 days of the Supreme Court's decision in
2  Beckles.
3      IT IS SO ORDERED.

5  9/7/16                              **PHILIP S. GUTIERREZ**
6  DATE                                HONORABLE PHILIP S. GUTIERIEZ
                                       UNITED STATES DISTRICT JUDGE

7  Presented by:

8      /s/
9  AUSA J. MARK CHILDS
   Assistant United States Attorney